# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

RALPH C. CROZIER,

    Petitioner,

v.

COMMUNITY SOLUTIONS, INC., ET AL.,

    Respondents.

No. 3:17-cv-480 (VAB)

## ORDER FOR SUPPLEMENTAL BRIEF

On March 23, 2017, Ralph C. Crozier ("Mr. Crozier" or "Petitioner") a former federal inmate proceeding *pro se*, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 against Community Solutions, Inc., Fort Dix Federal Correctional Institution Warden J. Hollingworth, and the United States Bureau of Prisons ("BOP") (together, "Respondents"), challenging their refusal to remove his sexual offender classification. Petition at 1, ECF No. 1. He claimed that their decision prevented him from receiving home confinement and caused him to undergo unnecessary sexual offender treatment at the Chase Center in Waterbury, Connecticut, where he was housed when he filed the petition. *Id.* at 7-8. Mr. Crozier seeks an order for the BOP to remove his sexual offender classification and "allow[] [him] to go home." *Id.* at 8.

On June 23, 2017, Respondents filed their response to the petition. Resp. to Order to Show Cause, ECF No. 7. They argue that the petition should be dismissed as moot because Mr.

Crozier was released from BOP custody on June 16, 2017, and, therefore, "the relief sought can no longer be given or is no longer needed." *Id.* at 1 (quoting *United States v. Joseph*, 3:10-cv-998 (EBB), 2013 WL 5274502, *1 (D. Conn. Sep. 18, 2013)). The Court has learned that Mr. Crozier was released from BOP custody on June 16, 2017, and commenced a three-year supervision term, which is scheduled to be completed on June 15, 2020. Mr. Crozier lives in Oxford, Connecticut.

Based on the factual developments described above, the Court hereby **ORDERS** Mr. Crozier to file, within **thirty (30) days** of the date of this Order, a supplemental brief in this case explaining whether he still wishes to proceed with his petition. If so, he must explain in his brief why the petition should not be dismissed as moot in light of his release from BOP custody and his request for relief. Respondents may, if they choose, file a written response within **twenty (20) days** after Mr. Crozier files his supplemental brief. Failure of Mr. Crozier to file a supplemental brief within **thirty (30) days** of the date of this order will result in dismissal of the petition with prejudice. The Clerk is directed to mail one copy each of this Order and the Response to Order to Show Cause, ECF No. 7, to Mr. Crozier at the following address: Ralph C. Crozier, 10 Park Road, Oxford, Connecticut, 06478.

It is so ordered.

Dated at Bridgeport, Connecticut this 31st day of January, 2018.

    /s/_____
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE